# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANDRE TERRELL,

        Petitioner,        :   Case No. 3:19-cv-061

- vs -                             District Judge Walter H. Rice
                                    Magistrate Judge Michael R. Merz

ED SHELDON, Warden,
  Mansfield Correctional Institution

                                     :

        Respondent.

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Respondent's Objections (ECF No. 14) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 13). Petitioner has the opportunity to respond to those Objections not later than July 31, 2019.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

July 18, 2019.

                                                            Walter H. Rice
                                                            United States District Judge